IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PRISCILLA A. PETIT                    CIVIL ACTION NO.:
         Plaintiff,

v.

DOREEN A. SOUZA and
RICHARD J. SOUZA, II;
         Defendants.
_____/

# COMPLAINT

COMES NOW the Plaintiff, PRISCILLA A. PETIT, by and through her undersigned counsel, and sues the Defendants, DOREEN A. SOUZA and RICHARD J. SOUZA, II and alleges:

1. This action is within the jurisdiction of this Court as set forth in 28 USC §1332 based on the diversity of citizenship of the parties and the amount in controversy being in excess of $75,000.00.

2. The Plaintiff is a resident of Hillsborough County, Florida.

3. That Plaintiff is 78 years old.

4. The Defendants, Doreen A. Souza and Richard J. Souza, II are residents of Connecticut.

5. That Defendant, Doreen A. Souza is Plaintiff's daughter.

6. That the Defendant, Richard J. Souza, II is Plaintiff, son in law and husband of Defendant, Doreen A. Souza.

## COUNT I
## BREACH OF FIDUCIARY DUTY

7. The Plaintiff re-alleges paragraphs 1 through 6 as set forth herein in *haec verba*.

8. On or about November 17, 2017, Plaintiff executed a Durable Power of Attorney naming the Defendant, Doreen A. Souza as attorney-in fact to act in Plaintiff's place.

9. That said Power of Attorney was executed for the purpose of having Defendant, Doreen A. Souza, assist the Plaintiff with paying bills and expenses from time to time.

10. That on or about June 14 and June 16, 2021, Defendant, Doreen A. Souza without notice nor consent to the Plaintiff, converted Plaintiff's funds for Defendant's own use through the transfer of the sum of $432,000.00 from one of Plaintiff's bank accounts to a bank account where Defendant, Doreen A. Souza and/or the Defendant, Richard J. Souza, Jr. only have access.

11. That Plaintiff has requested the return of said funds, however Doreen A. Souza has only returned $25,000 to Plaintiff's bank account.

12. In addition, Plaintiff has learned that Defendant, Doreen A. Souza, removed over $200,000.00 from another of Plaintiff's bank accounts, without notice nor consent to Plaintiff and has to date refused to account for or return the same to Plaintiff.

13. In addition, Defendant, Doreen A. Souza has delegated the control of Plaintiff's funds to the Defendant, Richard J, Souza, Jr. who informed Plaintiff that her funds will not be returned to her because she does not need the money.

14. That Plaintiff entrusted the Defendant with her financial affairs and Defendant agreed to act as attorney in fact solely for Plaintiff's benefit.

15. That Defendant, Doreen A. Souza's actions, along with that of the Defendant is a breach of the relationship and position of trust given to Defendants by Plaintiff.

16. As a result of the Defendant's conduct, the Plaintiff has been damaged.

WHEREFORE, the Plaintiff demands judgment against the Defendant to include but not be limited to prejudgment interest and an award of attorney's fees and costs.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via Summons to: Doreen A. Souza and Richard J. Souza, II at 12 Pheasant Ridge Road, Newtown, CT 06470, on this 31st day of August 2021.

/s/ Tarya A. Tribble
TARYA A. TRIBBLE, ESQUIRE
Tribble Law Center, P.A.
Florida Bar No.: 0165999
6328 U.S. Hwy 301 South
Riverview, Florida 33578
Phone: 813-672-8333
Fax: 813-672-0023
assistant@tribblelawcenterpa.com
lawcenter2000@aol.com
pleadings@tribblelawcenterpa.com
Attorney for Plaintiff