IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| PRISCILLA A. PETIT | CIVIL ACTION NO.: |
| Plaintiff, | 8:21-CV-02086-WFJ-AAS |

v.

DOREEN A. SOUZA and
RICHARD J. SOUZA, II;
_____Defendants____/

## AGREED UPON ORDER DIRECTING THE RELEASE OF FUNDS

This Cause came before the Court on September 8, 2021, pursuant to the Temporary Restraining Order Freezing Bank Accounts. Present before the Court via telephone were Tarya A. Tribble, Esquire, attorney for the Petitioner, and Robin Maynard, Esquire, attorney for the Defendants. The attorneys for the respective parties announced in open court an agreement as to the release of funds; and based thereon, it is ordered as follows:

1. Bank of America is directed to segregate and remove the sum of $594,400.19, from the accounts of Doreen A. Souza *to wit:*

   a. $565,039.20 from the Savings account ending in xxx3186 and
   b. $29,360.99 from the Checking ending in xxx7466.

and issue certified funds in the gross amount of $594,400.19 (five hundred ninety-four thousand four hundred dollars and nineteen cents) payable to Priscilla Petit and mailed to Tribble Law Center, P.A. 6328 US Highway 301, Riverview Fl 33578.

2. The Temporary Restraining Order shall thereafter be removed and shall have no further force or effect.

3. The Plaintiff shall thereafter file a Notice of Voluntary Dismissal without Prejudice in this matter

**DONE AND ORDERED** at Tampa, Florida on September 15, 2021.

WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Conformed copies to:
Tarya A. Tribble, Esq.
Robin Maynard, Esq.
Bank of America